UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. VERA, I. MEDINA, I. CEBALLOS, J.B. FUGATE, J. NAVARRO, A. RANDOLPH, C. GIPSON, H. COMPOS,<br><br>　　　　Defendants. | Case No.  1:22-cv-00277-KES-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND CERTAIN DEADLINES IN SCHEDULING ORDER<br><br>(Doc. No. 36) |

　　　　Pending before the Court is Defendants' motion to extend certain deadlines in the Case Management Scheduling Order filed November 13, 2024. (Doc. No. 36). Specifically, Defendants seek to extend the deadlines to complete discovery, confer regarding settlement, and file dispositive motions by sixty (60) days due to Plaintiff's institutional transfer for a court appearance and Plaintiff inability to access his legal documents. (*Id*. at 2:21-26). Defendants advise that due to Plaintiff's institutional transfer and housing placement he does not have access to legal files; thus, he is unable to respond to the propounded discovery and they are unable to take his deposition that was noticed for December 4, 2024.　(*Id*. at 2:18-26).

　　　　Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after

the time has expired, if the party failed to act because of excusable neglect.  Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent.   The Court finds good cause to grant the proposed extensions.

Accordingly, it is ORDERED:

1. Defendants' Motion (Doc. No. 36) is GRANTED as set forth herein.

2. The deadline to complete Non-Expert Discovery is extended to **February 21, 2025**.  ***This includes extending the time for Plaintiff to respond to the discovery already propounded by Defendants and for Defendants to re-notice and take Plaintiff's deposition.***

3. The Deadline to Confer with Plaintiff re: Settlement and file a Settlement Report is extended to **March 12, 2025**.

4. The deadline for the Parties to file Dispositive Motions is extended to **May 20, 2025.**

5. The remaining procedures and deadlines set forth in the March 18, 2024 Case Management and Scheduling Order (Doc. No. 28) otherwise shall govern this action.

Dated:     November 15, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE