FILED

FEB 03 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>VERA, *et al.*,<br><br>    Defendants. | Case No.: 1:22-cv-00277-KES-HBK (PC)<br><br>ORDER THAT INMATE KAREEM J. HOWELL IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A settlement conference in this matter commenced on February 3, 2025 at California State Prison, Corcoran. Inmate Kareem J. Howell, CDCR #P-79828, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 2/3/25

_____
UNITED STATES MAGISTRATE JUDGE