UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. VERA, I. MEDINA, I. CEBALLOS, J.B. FUGATE, J. NAVARRO, A. RANDOLPH, C. GIPSON, H. COMPOS,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00277-KES-HBK (PC)<br><br>ORDER GRANTING *NUNC PRO TUNC* DEFENDANTS' ADMINISTRATIVE MOTION<br><br>(Doc. No. 51) |

　　　　Pending before the Court is Defendants' Administrative Motion for Second Request to Extend Discovery Deadline filed February 7, 2025. (Doc. No. 51). Pursuant to Local Rule 233,[1] Defendants seek a thirty-five (35) day extension of time—until March 14, 2025—to file a motion to compel discovery based on Plaintiff's representations during his deposition that he produced the requested discovery. (*Id.*). The current deadline to file a motion to compel is February 7, 2025.

　　　　Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect. Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the

---

[1] Any opposition to an administrative motion must be filed without five (5) days. Local Rule 233 (b).

judge's consent. The Motion was timely filed, and the Court finds good cause to grant the proposed extension.

Accordingly, it is ORDERED:

1. Defendants' Motion for Administrative Relief (Doc. No. 51) is GRANTED *nunc pro tunc* as set forth herein.

2. The deadline to file any motions to compel in connection with discovery is extended to March 14, 2025.

3. The deadline to file a merits-based dispositive motion—May 20, 2025—remains the same.

Dated: February 13, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE