UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>                 Plaintiff,<br><br>        v.<br><br>N. VERA, et al.,<br><br>                 Defendants. | No.  1:22-cv-00277-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 40 |

Plaintiff Kareem J. Howell is proceeding pro se in this prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Doc. 7.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 26, 2024, the magistrate judge issued findings and recommendations to deny defendants' motion for partial summary judgment, finding the undisputed record showed that plaintiff exhausted his administrative remedies as to his Eighth Amendment failure to protect claim against defendants.  *See generally* Doc. 40.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days of service.  *Id*. at 10.  Neither party has filed any objections and the time to do so has passed.

In accordance with the provision of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  After carefully reviewing the file, the Court concludes that the

1

findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 26, 2024, Doc. 40, are adopted in full.
2. Defendants' motion for partial summary judgment, Doc. 32, is denied.
3. The case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   May 15, 2025

UNITED STATES DISTRICT JUDGE

2