# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>N. VERA, et. al,<br><br>  Defendants. | Case No. 1:22-cv-0277-KES-HBK (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 60) |

The Court conducted a settlement conference in this action on May 29, 2025, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **May 30, 2025**              /s/ Barbara A. McAuliffe          
                                                              UNITED STATES MAGISTRATE JUDGE

1